1

2

3

4

5

6

7

8                       **IN THE UNITED STATES DISTRICT COURT**

9                     **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    HENRY LALO CORREA,                          No. 2:12-CV-2683-MCE-CMK-P

12              Petitioner,

13         vs.                                     <u>ORDER</u>

14    CONNIE GIPSON,

15              Respondent.

16    _____/

17         Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254.

19         Petitioner seeks leave to proceed in forma pauperis (Doc. 14).  Petitioner has

20    submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to

21    prepay fees and costs or give security therefor.  The request will be granted.

22         Turning to petitioner's petition, Rule 2(c) of the Federal Rules Governing Section

23    2254 Cases requires that every habeas corpus petition must: (1) specify all the grounds for relief;

24    (2) state the facts supporting each ground for relief; (3) state the relief requested; (4) be printed,

25    typewritten, or legibly handwritten; and (5) be signed under penalty of perjury.  In the instant

26    case, the petition fails to meet one or more of these requirements.  Specifically, for ground for

1

1   relief, petitioner states "see attached."  Nothing, however, is attached to the petition.  Petitioner

2   will be provided an opportunity to file an amended petition which satisfies Rule 2(c).  Petitioner

3   is warned that failure to comply with this order may result in the dismissal of this action.  See

4   Local Rule 110.

5            Accordingly, IT IS HEREBY ORDERED that:

6            1.      Petitioner's motion for leave to proceed in forma pauperis (Doc. 14) is

7   granted;

8            2.      Petitioner's petition for writ of habeas corpus (Doc. 1) is dismissed with

9   leave to amend;

10           3.      Petitioner shall file an amended petition on the form employed by this

11  court, and which satisfies the requirements of Rule 2(c) of the Federal Rules Governing Section

12  2254 Cases, within 30 days of the date of this order; and

13           4.      The Clerk of the Court is directed to send petitioner the court's form

14  habeas corpus application.

15

16   DATED:  March 4, 2013

17                                                    _____

18                                                    **CRAIG M. KELLISON**
                                                     UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26